# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

STRIKE 3 HOLDINGS, LLC,         )
                                 )

        Plaintiff,           )     Civil Case No. 3:22-cv-00907
                                 )

v.                               )
                                 )

JOHN DOE subscriber assigned IP    )
address 73.58.187.15,            )
                                 )

        Defendant.      )
                                 )

## PLAINTIFF'S NOTICE OF SETTLEMENT AND
## VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 73.58.187.15 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  December 16, 2022                Respectfully submitted,

                                             */s/ Dawn M. Sciarrino*
                                             Dawn M. Sciarrino, Esq.
                                             TN 036649
                                             Sciarrino & Shubert, PLLC
                                             330 Franklin Road, Ste. 135A-133
                                             Brentwood, TN 37027-3280
                                             T: (202) 256-9551
                                             F; (202) 217-3929
                                             E-mail: dawn@sciarrinolaw.com

1

/s/ *Jacqueline M. James*
Jacqueline M. James, Esq.
NY 2384220.
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: */s/ Dawn M. Sciarrino*

2